UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDSON HERCULANO DOS ANJOS,                    )
                                              )
        Petitioner,                           )
                                              )
v.                                            )    Civil No. 26-11992-LTS
                                              )
ANTONE MONIZ et al.,                          )
                                              )
        Respondents.                          )
                                              )

JUDGMENT

May 22, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated May 7, 2026 (Doc. No. 8), the Petition for

Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge